COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


## ORDER TO SUPPLEMENT APPELLATE RECORD

Appellate case name:          Rafael Navarro v. The State of Texas

Appellate case number:        01-12-00415-CR

Trial court case number:      66134

Trial court:                  23rd District Court

Pursuant to Texas Rule of Appellate Procedure 34.5(c) or 34.6(d), the

**x**      trial court clerk

is ordered to file a supplemental record containing the following:

**Signed verdict form on the guilt/innocence phase of the trial.**

The supplemental clerk's record shall be filed in the First Court of Appeals no later than **Monday, April 8, 2013**.

**x**      No costs shall be assessed.

Clerk's signature:      /s/ Christopher A. Prine, Clerk of the Court

Date:  03/29/2013